THEODORE D. HADLEY, Appellant, *v.* JOSEPH BARTON, Respondent.

(Argued September 25, 1874; decided October 6, 1874.)

*Irving G. Vann* for the appellant.

*Amasa J. Parker* for the respondent.

Agree to affirm on opinion of TALCOTT, J., in court below.
All concur.
Judgment affirmed.

---

WILLIAM JENNINGS et al., Respondents, *v.* ALEXANDER WHITTEMORE, impleaded, etc., Appellant.

(Submitted September 28, 1874 ; decided October 6, 1874.)

*J. A. Hathway* for the appellant.

*D. Baldwin* for the respondents.

Agree to affirm.   No opinion.
All concur, except JOHNSON, J., not voting.
Judgment affirmed.

---

GEORGE CARPENTER, Appellant, *v.* FREDERICK ENGELSKIRCHER, Respondent.

(Argued September 29, 1874 ; decided October 6, 1874.)

*G. Storms Carpenter* for the appellant.

*Walter Edwards* for the respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.